■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER McCARTHY, Appellant. [666 NYS2d 465] —Appeal by the defendant from a judgment of the Supreme Court, Kings

County (Vaughan, J.), rendered March 20, 1995, convicting him of criminal sale of a controlled substance in the third degree (three counts) and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Insofar as the defendant's contention that he was denied the effective assistance of counsel is reviewable, we find that the defense attorney's performance amply met the standard of meaningful representation (*see, People v Baldi,* 54 NY2d 137). Bracken, J. P., Thompson, Krausman and Luciano, JJ., concur.